UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO.: | 8:07-cv-528-T-23TBM | DATE: | November 8, 2007 |
|---|---|---|---|
| **HONORABLE THOMAS B. McCOUN III** | | | |
| **GARY DOLCH,**<br>       Plaintiff,<br>v.<br><br>**LINEN SOURCE, INC.,**<br>       Defendant | | **PLAINTIFF'S COUNSEL**<br>Tod Aronovitz (by phone) | |
| | | **DEFENSE COUNSEL**<br>Charles Wachter & Edward Waller | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:** 10:32-11:00 | **TOTAL:** | **COURTROOM:** | 12B |

**PROCEEDINGS:**    Preliminary Pretrial Conference

**Court addresses deadlines. Discovery regarding class certification w/expert deadline is 3/10/08. Plaintiff's motion regarding class certification due by 3/31/08; response by 5/2/08. Plaintiff's disclosure of experts by 12/08; Defendant's disclosure of experts by 1/09; Discovery cutoff is 1/16/09; dispositive motions - 30 days later; pretrial conference to be set around 5/09.**