## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

### CASE NO. 8:07-cv-00528-SDM-TBM

| | |
|---|---|
| GARY DOLCH, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| LINEN SOURCE, INC., a Florida corporation, | ) ) |
| Defendant. | ) ) |

### PLAINTIFF'S NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that Plaintiff, Gary Dolch, pursuant to *Fed. R. Civ. P.* 41(a)(1)(i), hereby dismisses this action without prejudice.[1]

DATED: February 19, 2008

Respectfully Submitted,

Class Plaintiff

By: s/Mark Fistos
    One of His Attorneys

**ARONOVITZ JAFFE**
Mark Fistos, FBN: 909191
6753 Thomasville Road, #108-242
Tallahassee, Florida 32312
Telephone: 850-727-0603
Facsimile: 305-375-0243
E-mail: msf@aronovitzlaw.com

---

[1] Since no class has been certified in this case, no court approval for dismissal is required. 5-23 Moore's Federal Practice - Civil § 23.160 ("The court's powers and obligations to review and approve settlements or dismissals apply only to classes that have been certified."). Rule 23(e) was amended in 2003 and now reads, in pertinent part, "the court must approve any settlement, voluntary dismissal, or compromise of the claims, issues, or defenses *of a certified class*." Fed. R. Civ. P. 23(e)(1)(A) (emphasis added). The Advisory Committee Notes to the amendment confirm this change to the Rule: "Rule 23(e)(1)(A) resolves the ambiguity in former Rule 23(e)'s reference to dismissal or compromise of 'a class action.' The new rule requires approval only if the claims, issues, or defenses *of a certified class* are resolved by a settlement, voluntary dismissal, or compromise." Advisory Committee Notes to 2003 Amendment to Rule 23 (emphasis added).

*Dolce v. Linen Source*
*CASE NO: 8:07-cv-00528-SDM-TBM*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed on February 19, 2008, using the CM/ECF system, which will send notification of the filing to all counsel of record, and the undersigned also emailed the foregoing to counsel of record on that date.

s/ Mark S. Fistos
**ARONOVITZ JAFFE**

## SERVICE LIST
### CASE NO: 8:07-cv-00528-SDM-TBM

Charles Wachter
**FOWLER WHITE BOGGS**
  **BANKER P.A.**
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Tel: 813-222-1136
Fax: 813-229-8313
Email: cwachter@fowlerwhite.com


*Attorneys for Defendant*

Tod Aronovitz, FBN: 186430
Steven R. Jaffe, FBN: 390770
Christopher Marlowe, FBN 571441
**ARONOVITZ JAFFE**
Suite 2700 – Museum Tower
150 W. Flagler Street
Miami, Florida 33130
Tel: (305) 372-2772
Fax: (305) 375-0243
Email: ta@aronovitzlaw.com
Email: srj@aronovitzlaw.com
Email: cm@aronovitzlaw.com

Paul M. Weiss
**FREED & WEISS, LLC**
111 W. Washington Street
Suite 1331
Chicago, IL  60602
Tel: (312) 220-0000
Fax: (312) 220-7777
Email: paul@freeweiss.com

Austin Tighe
**FEAZELL & TIGHE, LLP**
6300 Bridgepoint Parkway
Bridgepoint 2, Suite 220
Austin, Texas 78730
Tel: (512) 372-8100
Email: austin@feazell0tighe.com

John A. Yanchunis FBN: 324681
**JAMES HOYER NEWCOMER &**
  **SMILJANICH**

2

*Dolce v. Linen Source*
*CASE NO: 8:07-cv-00528-SDM-TBM*

4830 West Kennedy Blvd., Suite 550
Tampa, Florida 33609-2589
Tel: 813-286-4100
Fax: 813-286-4174
Email:  jyanchunis@jameshoyer.com

*Attorneys for Plaintiff*

3